# United States District Court
# for the Southern District of Georgia
# Savannah Division

HOWARD JORDAN BEY,            )
                              )
    Plaintiff,           )
                              )
v.                            )    CV418-092
                              )
JUDGE HARRIS ODELL, JR.,      )
et al.,                       )
                              )
    Defendants.          )

### ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, dkt. no. 4, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Accordingly, this case is **DISMISSED** without prejudice. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 20 day of June, 2018.

                HON. LISA GODBEY WOOD, JUDGE
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF GEORGIA